- 3 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:24-CR-00567-JD |
| Plaintiff, | **(PROPOSED) ORDER VACATING AND RESETTING STATUS CONFERENCE** |
| vs. | |
| MICHAEL GOLDFINE, . | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference, as to Defendant Michael Goldfine, currently scheduled for November 10, 2025, be vacated, and the parties are ordered to appear on adjourned to January 12, 2026, for a change of plea hearing or to set a trial date. Further, the Court finds that, based on the representations of the parties and for good caus shown, that the ends of justice served by excluding the time period between November 10, 2025 and January 12, 2026 from calculation under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A). Accordingly, the Court orders the time between November 10, 2025 and January 12, 2026 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) & (7)(B)(ii).

**SO ORDERED**

Dated: San Francisco, California

November 6, 2025

_____
Hon. JAMES DONATO
United States District Judge